## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Patrick Scott Musser                          CHAPTER 13

               Debtor(s)

BKY. NO. 21-11670 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
18 Jun 2021, 14:11:43, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 56e19bbc123cf3c8ca25bd17b985f3c0bd5c24bd90f0527b217f72442e66d6d0