## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 21-11670** |
| **Patrick Scott Musser** | **Chapter 13** |
| | **Judge Patricia M. Mayer** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * |
| | |
| **PNC Bank, National Association** | **Related Document #** |
| **Movant,** | |
| vs | |
| | |
| **Patrick Scott Musser** | |
| **Angela K Scott** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Sarah E. Barngrover
    Sarah E. Barngrover, Esquire (323972)
    Adam B. Hall (323867)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Sarah E. Barngrover.
    Contact email is sebarngrover@manleydeas.com

21-013923_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 21-11670** |
| **Patrick Scott Musser** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **PNC Bank, National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Patrick Scott Musser** | : | |
| **Angela K Scott** | : | |
| | : | |
| **Scott F. Waterman** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

David W. Tidd, Attorney for Patrick Scott Musser, bankruptcy@davidtiddlaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Patrick Scott Musser, 15 Mazzotta Rd., Stevens, PA 17578

Patrick Scott Musser and Angela K Scott, 15 Mazzotta Rd, Stevens, PA 17578

/s/ Sarah E. Barngrover

21-013923_PS