UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Patrick Scott Musser<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.21-11670-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 14th day of September, 2021, by first class mail upon those listed below:

Patrick Scott Musser
15 Mazzotta Rd.
Stevens, PA  17578

**Electronically via CM/ECF System Only:**

DAVID W TIDD ESQ
656 EBERSOLE ROAD
READING, PA  19605

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee