**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Patrick Scott Musser | : | Case No.: 21-11670 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Patricia M. Mayer |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

# WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **PNC Bank, National Association** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

21-013923_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 21-11670** |
| **Patrick Scott Musser** | **Chapter 13** |
| | **Judge Patricia M. Mayer** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * |
| | |
| **PNC Bank, National Association** | **Related Document #** |
| **Movant,** | |
| vs | |
| | |
| **Patrick Scott Musser** | |
| **Angela K Scott** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

David W. Tidd, Attorney for Patrick Scott Musser, 656 Ebersole Road, Reading, PA 19605, bankruptcy@davidtiddlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 14, 2021:

Patrick Scott Musser, 15 Mazzotta Rd., Stevens, PA 17578

Patrick Scott Musser and Angela K Scott, 15 Mazzotta Rd, Stevens, PA 17578

DATE: <u>September 14, 2021</u>

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)

21-013923_PS