United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 21-11670-pmm
Patrick Scott Musser    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Feb 03, 2022      Form ID: 155      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Scott Musser, 15 Mazzotta Rd., Stevens, PA 17578-9701 |
| 14614844 | + | Angela Musser, 15 Mazzotta Rd., Stevens, PA 17578-9701 |
| 14614845 | + | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14616492 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14627529 | | U.S. Bank National Association dba Elan Financial, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14618358 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 04 2022 03:22:59 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14614842 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 04 2022 03:22:58 | Advanta Credit Cards/c, 101 Crossways Park West, Woodbury, NY 11797-2020 |
| 14614843 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2022 03:18:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14614846 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2022 03:22:27 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14618314 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2022 03:22:57 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14614847 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2022 03:22:44 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14614849 | + | Email/Text: bankruptcy@fult.com | Feb 04 2022 03:18:00 | Fulton Bank N.a, Po Box 4887, Lancaster, PA 17604-4887 |
| 14614848 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2022 03:22:44 | Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14614850 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2022 03:22:45 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14622673 | + | Email/Text: RASEBN@raslg.com | Feb 04 2022 03:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14614851 | + | Email/Text: unger@members1st.org | Feb 04 2022 03:18:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14614852 | + | Email/Text: unger@members1st.org | Feb 04 2022 03:18:00 | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14624510 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 04 2022 03:18:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14624265 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | Feb 04 2022 03:18:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14614853 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 04 2022 03:18:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14618717 | Email/Text: amps@manleydeas.com | Feb 04 2022 03:18:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14614854 | + Email/PDF: gecsedi@recoverycorp.com | Feb 04 2022 03:22:31 | Syncb/home Dsgn Floorc, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14614855 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2022 03:33:12 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14614856 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 04 2022 03:18:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2022   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| DAVID W. TIDD | on behalf of Debtor Patrick Scott Musser bankruptcy@davidtiddlaw.com debbburdick@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Patrick Scott Musser
     Debtor(s)

Chapter: 13
Bankruptcy No: 21−11670−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 3, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                        Patricia M. Mayer
                        Judge ,
                        United States Bankruptcy Court

38
Form 155