Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-11670-PMM**

Patrick Scott Musser  
15 Mazzotta Rd.  
Stevens  PA    17578

Petition Filed Date: 06/11/2021  
341 Hearing Date: 07/20/2021  
Confirmation Date: 02/03/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/19/2021 | $630.00 | | 08/18/2021 | $630.00 | | 09/20/2021 | $630.00 | |
| 10/19/2021 | $630.00 | | 11/22/2021 | $630.00 | | 12/20/2021 | $630.00 | |
| 01/19/2022 | $630.00 | | 02/22/2022 | $630.00 | | 03/21/2022 | $630.00 | |
| 04/18/2022 | $630.00 | | 05/18/2022 | $630.00 | | 06/21/2022 | $630.00 | |
| 07/18/2022 | $630.00 | | | | | | | |

**Total Receipts for the Period: $8,190.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,190.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $21,527.02 | $997.98 | $20,529.04 |
| 2 | ADVANTA BANK CORPORATION<br>»» 002 | Unsecured Creditors | $4,375.62 | $202.85 | $4,172.77 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $32,691.98 | $1,515.57 | $31,176.41 |
| 4 | PNC BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PNC BANK NA<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | US BANK NA<br>»» 006 | Unsecured Creditors | $23,568.71 | $1,092.62 | $22,476.09 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |

**Chapter 13 Case No. 21-11670-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,190.00 | Current Monthly Payment: | $630.00 |
| Paid to Claims: | $7,497.02 | Arrearages: | $0.00 |
| Paid to Trustee: | $692.98 | Total Plan Base: | $37,800.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.