Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-11670-PMM**

Patrick Scott Musser  
15 Mazzotta Rd.  
Stevens  PA   17578

Petition Filed Date: 06/11/2021  
341 Hearing Date: 07/20/2021  
Confirmation Date: 02/03/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2022 | $630.00 | | 09/19/2022 | $630.00 | | 10/18/2022 | $630.00 | |
| 11/21/2022 | $630.00 | | 12/19/2022 | $630.00 | | 01/19/2023 | $630.00 | |
| 02/21/2023 | $630.00 | | 03/20/2023 | $630.00 | | 04/18/2023 | $630.00 | |
| 05/18/2023 | $630.00 | | 06/20/2023 | $630.00 | | 07/18/2023 | $630.00 | |

**Total Receipts for the Period: $7,560.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $21,527.02 | $2,813.67 | $18,713.35 |
| 2 | ADVANTA BANK CORPORATION<br>»» 002 | Unsecured Creditors | $4,375.62 | $571.92 | $3,803.70 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $32,691.98 | $4,272.96 | $28,419.02 |
| 4 | PNC BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PNC BANK NA<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | US BANK NA<br>»» 006 | Unsecured Creditors | $23,568.71 | $3,080.50 | $20,488.21 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |

**Chapter 13 Case No. 21-11670-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,750.00 | Current Monthly Payment: | $630.00 |
| Paid to Claims: | $14,427.05 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,322.94 | Total Plan Base: | $37,800.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.