Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 21-11670-PMM**

Patrick Scott Musser  
15 Mazzotta Rd.  
Stevens  PA    17578

Petition Filed Date: 06/11/2021  
341 Hearing Date: 07/20/2021  
Confirmation Date: 02/03/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $630.00 | | 09/19/2023 | $630.00 | | 10/18/2023 | $630.00 | |
| 11/21/2023 | $630.00 | | 12/18/2023 | $630.00 | | 01/22/2024 | $630.00 | |
| 02/20/2024 | $630.00 | | 03/18/2024 | $630.00 | | 04/18/2024 | $630.00 | |
| 05/20/2024 | $630.00 | | 06/18/2024 | $630.00 | | 07/18/2024 | $630.00 | |

**Total Receipts for the Period: $7,560.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $23,940.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $21,527.02 | $4,599.67 | $16,927.35 |
| 2 | ADVANTA BANK CORPORATION<br>»» 002 | Unsecured Creditors | $4,375.62 | $934.97 | $3,440.65 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $32,691.98 | $6,985.20 | $25,706.78 |
| 4 | PNC BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PNC BANK NA<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | US BANK NA<br>»» 006 | Unsecured Creditors | $23,568.71 | $5,035.90 | $18,532.81 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |

**Chapter 13 Case No. 21-11670-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,940.00 | Current Monthly Payment: | $630.00 |
| Paid to Claims: | $21,243.74 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,129.26 | Total Plan Base: | $37,800.00 |
| Funds on Hand: | $567.00 | | |

**<u>NOTES:</u>**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.