Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 21-11670-PMM

Patrick Scott Musser
15 Mazzotta Rd.
Stevens  PA    17578

Petition Filed Date: 06/11/2021
341 Hearing Date: 07/20/2021
Confirmation Date: 02/03/2022

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/19/2024 | $630.00 | | 09/18/2024 | $630.00 | | 10/21/2024 | $630.00 | |
| 11/19/2024 | $630.00 | | 12/18/2024 | $630.00 | | 01/21/2025 | $630.00 | |
| 02/19/2025 | $630.00 | | 03/18/2025 | $630.00 | | 04/23/2025 | $630.00 | |
| 05/19/2025 | $630.00 | | 06/18/2025 | $630.00 | | 07/18/2025 | $630.00 | |

Total Receipts for the Period: **$7,560.00**   Amount Refunded to Debtor Since Filing: **$0.00**   Total Receipts Since Filing: **$31,500.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $21,527.02 | $6,577.94 | $14,949.08 |
| 2 | ADVANTA BANK CORPORATION<br>»» 002 | Unsecured Creditors | $4,375.62 | $1,337.07 | $3,038.55 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $32,691.98 | $9,989.50 | $22,702.48 |
| 4 | PNC BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PNC BANK NA<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | US BANK NA<br>»» 006 | Unsecured Creditors | $23,568.71 | $7,201.78 | $16,366.93 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |

**Chapter 13 Case No. 21-11670-PMM**

| **SUMMARY** |
|:---:|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,500.00 | Current Monthly Payment: | $630.00 |
| Paid to Claims: | $28,794.29 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,705.71 | Total Plan Base: | $37,800.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.