United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 21-11670-pmm

Patrick Scott Musser                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                    User: admin                                                        Page 1 of 1

Date Rcvd: Jul 21, 2026                              Form ID: 234                                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Patrick Scott Musser, 15 Mazzotta Rd., Stevens, PA 17578-9701

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

**Name**     **Email Address**

ADAM BRADLEY HALL
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

DAVID W. TIDD
     on behalf of Debtor Patrick Scott Musser bankruptcy@davidtiddlaw.com

MATTHEW K. FISSEL
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Patrick Scott Musser

           Debtor(s)

Case No:21−11670−pmm

Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:


1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.


2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**


3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**


For The Court


Mohung Wong
Clerk of Court

Date: 7/21/26