United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-11670-pmm
Patrick Scott Musser Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Aug 17, 2026 Form ID: 138OBJ Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Scott Musser, 15 Mazzotta Rd., Stevens, PA 17578-9701 |
| 14614844 | + | Angela Musser, 15 Mazzotta Rd., Stevens, PA 17578-9701 |
| 14616492 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 18 2026 02:07:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2026 02:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14618358 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2026 02:17:14 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14614842 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2026 02:17:14 | Advanta Credit Cards/c, 101 Crossways Park West, Woodbury, NY 11797-2020 |
| 14614843 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 18 2026 02:07:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14614845 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 18 2026 02:07:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14614846 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2026 02:17:17 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14618314 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 18 2026 02:17:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14614847 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2026 02:17:17 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14614848 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 18 2026 02:17:17 | Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14614849 | + | Email/Text: bankruptcy@fultonbank.com | Aug 18 2026 02:07:00 | Fulton Bank N.a, Po Box 4887, Lancaster, PA 17604-4887 |
| 14622673 | + | Email/Text: RASEBN@raslg.com | Aug 18 2026 02:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14614850 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 18 2026 02:07:01 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14614851 | + | Email/Text: unger@members1st.org | Aug 18 2026 02:07:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |

| | | | | |
|---|---|---|---|---|
| 14614852 | + | Email/Text: unger@members1st.org | Aug 18 2026 02:07:00 | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14624510 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 18 2026 02:07:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14624265 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 18 2026 02:07:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14614853 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 18 2026 02:07:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14618717 | | Email/Text: amps@manleydeas.com | Aug 18 2026 02:07:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14614854 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 02:17:16 | Syncb/home Dsgn Floorc, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14614855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2026 02:17:14 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14627529 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 18 2026 02:07:00 | U.S. Bank National Association dba Elan Financial, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14614856 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 18 2026 02:07:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| DAVID W. TIDD | on behalf of Debtor Patrick Scott Musser bankruptcy@davidtiddlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

United States Trustee USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 138OBJ* (6/24)−doc 55 − 48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Patrick Scott Musser | ) | Case No. 21−11670−pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 17, 2026

For The Court

Mohung Wong
Clerk of Court