Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Patrick Scott Musser
15 Mazzotta Rd.
Stevens, PA 17578

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 21-11670-PMM**

Petition Filed Date: 06/11/2021
341 Hearing Date: 07/20/2021
Confirmation Date: 02/03/2022

Case Status: Completed on 6/18/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $630.00 | | 09/18/2025 | $630.00 | | 10/21/2025 | $630.00 | |
| 11/19/2025 | $630.00 | | 12/18/2025 | $630.00 | | 01/20/2026 | $630.00 | |
| 02/19/2026 | $630.00 | | 03/18/2026 | $630.00 | | 04/20/2026 | $630.00 | |
| 05/18/2026 | $630.00 | | 06/18/2026 | $630.00 | | | | |

**Total Receipts for the Period: $6,930.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $37,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $21,527.02 | $8,105.07 | $13,421.95 |
| 2 | ADVANTA BANK CORPORATION<br>»» 002 | Unsecured Creditors | $4,375.62 | $1,647.50 | $2,728.12 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Unsecured Creditors | $32,691.98 | $12,308.71 | $20,383.27 |
| 4 | PNC BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PNC BANK NA<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | US BANK NA<br>»» 006 | Unsecured Creditors | $23,568.71 | $8,873.76 | $14,694.95 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 7 | ALLY FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | FULTON BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | JP MORGAN CHASE BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | JP MORGAN CHASE BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | MEMBERS 1ST FCU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | MEMBERS 1ST FCU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PNC BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-11670-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | SYNCB/CARCARE ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | THD/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,800.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $34,623.04 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,176.96 | Total Plan Base: | $37,800.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.