United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-11670-pmm
Patrick Scott Musser Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 04, 2026 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Scott Musser, 15 Mazzotta Rd., Stevens, PA 17578-9701 |
| 14614844 | + | Angela Musser, 15 Mazzotta Rd., Stevens, PA 17578-9701 |
| 14616492 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 05 2026 01:14:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 05 2026 01:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14618358 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2026 01:28:45 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14614842 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2026 01:28:43 | Advanta Credit Cards/c, 101 Crossways Park West, Woodbury, NY 11797-2020 |
| 14614843 | + | EDI: GMACFS.COM | Sep 05 2026 05:16:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14614845 | + | EDI: BANKAMER | Sep 05 2026 05:16:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14614846 | + | EDI: CAPITALONE.COM | Sep 05 2026 05:16:00 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14618314 | + | EDI: AIS.COM | Sep 05 2026 05:16:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14614847 | + | EDI: CAPITALONE.COM | Sep 05 2026 05:16:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14614848 | | EDI: JPMORGANCHASE | Sep 05 2026 05:16:00 | Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14614849 | + | Email/Text: bankruptcy@fultonbank.com | Sep 05 2026 01:14:00 | Fulton Bank N.a, Po Box 4887, Lancaster, PA 17604-4887 |
| 14622673 | + | Email/Text: RASEBN@raslg.com | Sep 05 2026 01:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14614850 | + | EDI: JPMORGANCHASE | Sep 05 2026 05:16:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14614851 | + | Email/Text: unger@members1st.org | Sep 05 2026 01:14:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |

| | | | | |
|---|---|---|---|---|
| 14614852 | + | Email/Text: unger@members1st.org | Sep 05 2026 01:14:00 | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14624510 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 05 2026 01:14:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14624265 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 05 2026 01:14:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14614853 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 05 2026 01:14:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14618717 | | Email/Text: amps@manleydeas.com | Sep 05 2026 01:14:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14614854 | + | EDI: SYNC | Sep 05 2026 05:16:00 | Syncb/home Dsgn Floorc, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14614855 | + | EDI: CITICORP | Sep 05 2026 05:16:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14627529 | | EDI: USBANKARS.COM | Sep 05 2026 05:16:00 | U.S. Bank National Association dba Elan Financial, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14614856 | | EDI: USBANKARS.COM | Sep 05 2026 05:16:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| DAVID W. TIDD | on behalf of Debtor Patrick Scott Musser bankruptcy@davidtiddlaw.com Tidd.DavidB137890@notify.bestcase.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, |

matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Patrick Scott Musser<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6045 |
| | | EIN | 20–4502749 |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 21–11670–pmm | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick Scott Musser

9/3/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**